

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-95,092-01

### IN RE THE STATE OF TEXAS EX REL. BILL D. HICKS, Relator

### ON MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS
### AND PETITION FOR WRIT OF MANDAMUS
### IN CAUSE NO. 20020D00230
### IN THE 327TH CRIMINAL DISTRICT COURT
### EL PASO COUNTY

**NEWELL, J., filed a concurring and dissenting opinion in which WALKER, J., joined.**

I agree with the Court's order granting leave to file and granting Relator's mandamus petition regarding the trial court's withdrawal of Real Party In Interest's execution date.[1]  I concur in that portion of the

---

[1] *See, e.g., In re State of Texas ex rel. Brian Risinger*, No. WR-84,212-01 (Tex. Crim. App. Nov. 18, 2015) (not designated for publication), *available at* https://search.txcourts.gov/ SearchMedia.aspx?MediaVersionID=bac263ec-4322-43d7-b93f-4285b36682de&coa=coscca &DT=ORDER&MediaID=febd8768-e59a-4540-b4bb-d39528c7123e.

Court's order.   But I disagree with the Court's order granting mandamus relief regarding the trial court's discovery order.   I would instead request responses from the parties regarding the trial court's authority to order discovery under these circumstances before deciding the issue.   Because the Court does not, I dissent to that portion of the Court's order.

Filed: September 18, 2023

Do Not Publish